

| 2016AP2455–CR | State v. Christopher John Kerr | Grant | 10/17/2017 |
| 2017AP1595–CQ | Winebow, Inc. v. Capitol-Husting Co., Inc. | Grant | 10/10/2017 |
| 2015AP643 | North Highland Inc. v. Jefferson Machine & Tool Inc. | Denied | 10/10/2017 |